### Woodbury *v.* Woodbury.

The reasonable allowance, which *s.* 1 of *c.* 183 of the Gen. St. authorizes the judge of probate to make to the widow for her present support, does not exceed the sum necessary for the supply of those present temporary wants for which she has no other resource immediately after the death of her husband.

Appeal, from a decree of the judge of probate, making an allowance of $1,000 for present support to the appellee, the widow of W. O. C. Woodbury, who died intestate, leaving an estate of $12,856.03 (a homestead appraised at $2,700, and the rest personal), and debts amounting to $41.58. The widow and the father of the deceased are the heirs. The widow occupies the homestead, and has $2,000 in Claremont town bonds. Other bonds, of the value of $6,550, are claimed by her as a gift from her husband; and this claim is contested by the other heir. There is no other considerable part of the estate involved in litigation.

*Colby & Batchelder,* for the appellant.

*Parker,* for the appellee.

Sawyer, J. The allowance made in this case is excessive. The statute authorizes a reasonable allowance out of the personal estate for the present support of the widow,—that is, for her support presently upon and immediately after the death of her husband, before

the division and distribution of the estate, when there is not sufficient property which she has a right to appropriate to her own use, and when, without an allowance, she would be in a destitute condition. An allowance is not a remedy for any apparent or anticipated injustice in the settlement of the estate, but is for the supply of those present, temporary wants, for which she has no other resource immediately after the death of her husband. It is authorized merely as a necessary provision to enable her to support herself until her interest in the estate can be set out to her. *Kingman* v. *Kingman*, 31 N. H. 182.

The allowance made to the appellee is reduced to $400, and the decree of the judge of probate is modified accordingly.

ALLEN, J., did not sit.